### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALICIA CAESER** *AS ADMINISTRATRIX OF THE ESTATE OF TRENTON TREYVON TEAMER* : : : : v. : : **GREENTREE TRANSPORTATION COMPANY, et al.** : : : | **CIVIL ACTION NO. 23-3005** |

## ORDER

This 13th day of September, 2023, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Plaintiff's Motion to Remand, ECF 16, is **GRANTED.** The Clerk is requested to remand this action to the Court of Common Pleas for Philadelphia County.

/s/ Gerald Austin McHugh
United States District Judge